FILED
2018 MAR -2 AM 9:15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

ED18-0076M

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
PLAINTIFF
v.
ALEJANDRO CASTILLO PADILLA
DEFENDANT(S).

CASE NUMBER:
CR-14-00288-001-PHX-ROS

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 03/02/2018 TIME UNK   ☐ AM / ☐ PM
2. Defendant is in lock-up (in this court building)   Yes ☑   No ☐
3. Charges under which defendant has been booked:
   Title 18, USC Section 3583 SUPERVISED RELEASE VIOLATION
4. Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☑ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☑ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1986
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: N/A
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A)
12. Does the defendant have retained counsel ?   ☑ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☑ If yes, please list Officer's Name: Duty Officer   Time: 10:00   AM / PM
14. Remarks (if any): _____

15. Date: 03/02/2018
16. Name: J. AUTRY (Please Print)
17. Agency: U.S. Marshals
18. Signature: _____
19. Office Phone Number: 951-276-6160

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION