UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: ED18-0076M |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. ALEJANDRO CASTILLO-, PADILLA, | ) ) ) ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of ARIZONA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    ( ) the defendant's nonobjection to detention at this time

    (X) other: Insufficient bail resources

1 | Alleged immigration status, criminal history
2 | and/ or
3 | B. ( ) The defendant has not met his/her burden of establishing by clear and
4 | convincing evidence that he/she is not likely to pose a danger to the safety of
5 | any other person or the community if released under 18 U.S.C. § 3142(b) or
6 | (c). This finding is based on the following:
7 | ( ) information in the Pretrial Services Report and Recommendation
8 | ( ) information in the violation petition and report(s)
9 | ( ) the defendant's nonobjection to detention at this time
10 | ( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: March 2, 2018

_____
KENLY KIYA KATO
United States Magistrate Judge